UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

NESTOR LARACUENTE, Individually and on Behalf     Case No.: 08CV5618
of All Other Persons Similarly Situated,
                   Plaintiffs,

-against-     **STIPULATION OF <u>DISMISSAL</u>**

SMOKENFOODS, LLC and STEVEN LEVY

                  Defendants.
----------------------------------------------------------X

     IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, NESTOR LARACUENTE, and Defendants, SMOKENFOODS, LLC and STEVEN LEVY, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without costs as to Plaintiff Nestor Laracuente and be dismissed without costs and without prejudice as to the members of the alleged putative class action and/or collective action other than Plaintiff Nestor Laracuente. This Stipulation does not prejudice the rights, if any, of the members of the alleged putative class action and/or collective action other than Plaintiff Nestor Laracuente.
Dated: New York, New York
         August 25, 2008

STEVEN LEVY                                                          GOTTLIEB & ASSOCIATES

_____                              _____
Steven Levy                                                                 Jeffrey M. Gottlieb, Esq.(JG-7905)
206 East 63rd Street                                                150 East 18th Street, Suite PHR
New York, New York 10021                                   New York, New York 10003
                                                      (212) 228-9795
                                                      Attorney for Plaintiff, Nestor Laracuente,
                                                      Individually and on Behalf of All Other
                                                      Persons Similarly Situated

*The clerk of Court is requested to close this case.*

SO ORDERED:

_____ 9/2/08
United States District Court Judge

5